1
LEWIS BRISBOIS BISGAARD & SMITH LLP
JOHN HAUBRICH, JR., SB# 228341
E-Mail: John.Haubrich@lewisbrisbois.com
2
ARMINE ANTONYAN, SB# 327220
E-Mail: Armine.Antonyan@lewisbrisbois.com
3
633 West 5th Street, Suite 4000
Los Angeles, California 90071
4
Telephone: 213.250.1800
Facsimile: 213.250.7900
5

6
Attorneys for Defendant,
ADVANCED STRUCTURAL
TECHNOLOGIES, INC.
7

8
EMPLOYEE JUSTICE LEGAL GROUP, PC
KAVEH S. ELIHU, SB# 268249
E-Mail: kelihu@ejlglaw.com
9
RHETT FRANCISCO, ESQ. SB# 232749
E-Mail: rfrancisco@ejlglaw.com
10
3055 Wilshire Boulevard, Suite 1100
Los Angeles, California 90010
11
Telephone: (213) 382-2222
Facsimile: (213) 382-2230
12

13
Attorneys for Plaintiff,
SAM FORCE

14

UNITED STATES DISTRICT COURT

15

CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  SAM FORCE, an individual. | Case No.: 2:20-cv-02219-JWH(AGRx) |
| 18              Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| 19       vs. | |
| 20  ADVANCED STRUCTURAL TECHNOLOGIES, INC., a Delaware corporation; ADVANCED STRUCTURAL ALLOYS, LLC, a California limited liability company; ASA INTERMEDIARY, LLC, a Delaware limited liability company; CROSSE ASA INVESTORS, LLC, a business entity form and jurisdiction unknown; and DOES 1 through 100, inclusive, | **[PROPOSED] ORDER** |
| 26              Defendants. | |

27

28

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff Sam Force ("Plaintiff") and Defendant Advanced Structural Technologies, Inc.("Defendant") (collectively referred to as the "Parties"), through their respective counsel of record, inform the Court that a settlement has been reached.  Accordingly, the parties request that this action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party to bear its own attorney's fees and costs except as specified in the parties' settlement agreement. The parties also request the court retain jurisdiction to enforce the terms of the settlement.

Dated: October 25, 2021                    LEWIS BRISBOIS BISGAARD & SMITH LLP


                                           By: /s/ Armine Antonyan
                                               ARMINE ANTONYAN

                                           Attorneys for Defendant ADVANCED STRUCTURAL TECHNOLOGIES, INC.

Dated: October 25, 2021                    EMPLOYEE JUSTICE LEGAL GROUP, PC


                                           By: /s/ Kaveh S. Elihu
                                               KAVEH S. ELIHU
                                               RHETT FRANCISCO
                                               Attorneys for Plaintiff SAM FORCE

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE