UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FORCE, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED STRUCTURAL TECHNOLOGIES, INC., a Delaware corporation; ADVANCED STRUCTURAL ALLOYS, LLC, a California limited liability company; ASA INTERMEDIARY, LLC, a Delaware limited liability company; CROSSE ASA INVESTORS, LLC, a business entity form and jurisdiction unknown; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:20-cv-02219-JWH(AGRx)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

# [PROPOSED] ORDER

Pursuant to the stipulation between Plaintiff SAM FORCE ("Plaintiff") and Defendant ADVANCED STRUCTURAL TECHNOLOGIES, INC. ("Defendant") and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Case No. CASE NO. 2:20-cv-02219-JWH(AGRx) is hereby DISMISSED WITH PREJUDICE in its entirety.  Each party to bear its own attorney's fees and costs except as specified in the parties' settlement agreement. The Court will retain jurisdiction to enforce the settlement. **IT IS SO ORDERED.**

Dated: _____ \_\_, 2021

By: _____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE